IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL GREEN,<br><br>        Plaintiff,<br><br>  v.<br><br>/,<br><br>        Defendant. | No. CV 07-03265 TEH<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (XX) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this case is dismissed without prejudice for failure to pay the filing fee.

Dated: 11/28/07                                          Richard W. Wieking, Clerk

                                                                               By: R.B. Espinosa<br>
                                                                               Deputy Clerk